UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MONIQUE S. HALL, | : | CASE NO. 19-60064 - LRC |
| | : | |
| _ _ _ _ _ _ _DEBTOR._ _ _ _ _ _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| MONIQUE S. HALL, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF RESCHEDULED HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE WITH MINIMUM FIVE YEAR BAR TO REFILING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting that the above-referenced case be dismissed with a minimum five-year bar to Debtor filing another bankruptcy petition.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's motion in **Courtroom 1204,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at **1:45 p.m. on September 24, 2019.**

Your rights may be affected by the court's ruling on this motion.  You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you

must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 29, 2019

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov

2

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| Melissa J. Davey | mail@13trusteeatlanta.com, cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com |
| Thomas R. Walker | thomas.walker@fisherbroyles.com |

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

| | |
|---|---|
| Monique S Hall<br>8920 Eves Rd, #768521<br>Roswell, GA 30076 | Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |

Georgia Power Company
c/o Thomas R. Walker
FisherBroyles, LLP
Suite 2000
945 East Paces Ferry Road, NE
Atlanta, GA 30326-1374

*/s/*
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 152
lindsay.p.kolba@usdoj.gov

3